People of State of Illinois, Appellee, v. E. H. Gholson and Clara Gholson, Appellants.

Gen. No. 10,444. 

Besse & Besse, and Hugh E. Chance, for appellants; Robert W. Besse, and L. Vernon Frye, of counsel; for plaintiffs in error; Lawrence A. Smith, for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 12, 1951; released for publication August 10, 1951.